

# NUMBER 13-25-00357-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ALFONSO RODRIGUEZ,                                                            Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

## ON APPEAL FROM THE 206TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Cron**

This cause is before the Court on its own motion. On July 8, 2025, appellant filed a notice of appeal attempting to appeal an order entered in trial court case number CR-1264-88-D, denying petition for exemption from registering as a sex offender. It is our opinion that we do not have jurisdiction over this matter.

On July 9, 2025, the Clerk of the Court notified appellant that it appears we do not have jurisdiction. Appellant responded with a jurisdictional statement asserting that he may appeal a denial in the same manner as an appeal from any other judgment. We disagree.

Generally, a state appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a signed final judgment of conviction. *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App. —Fort Worth 1996, no pet.). Exceptions to the general rule include: (1) certain appeals while on deferred adjudication community supervision, *Kirk v. State*, 942 S.W.2d 624, 625 (Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond, TEX. R. APP. P. 31.1; *McKown*, 915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus relief, *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App. —Dallas 1998, no pet.); *McKown*, 915 S.W.2d at 161.

Furthermore, the denial of a petition for exemption from registering as a sex offender is not a final appealable order, and intermediary appellate courts do not otherwise have jurisdiction over such appeals. *See Ex parte McGregor*, 145 S.W.3d 824 (Tex. App. —Dallas 2004, no pet.); *Dewalt v. State*, 417 S.W.3d 678 (Tex. App. —Austin 2013, pet. ref'd).

Without a statute providing the right to appeal an order denying a petition for exemption from registering as a sex offender, we lack jurisdiction over this appeal. The Court, having examined and fully considered the notice of appeal and appellant's jurisdictional statement, we are of the opinion that there is not an appealable order, and

2

this Court lacks jurisdiction over the matters herein. Accordingly, this appeal is hereby dismissed for lack of jurisdiction.

JENNY CRON
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
21st day of August, 2025.